JAMES E. HOGAN, SR., Appellant, v ROBERT E. BLACKBURN, Respondent. [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fisher, J. (*see, Nykorchuck v Henriques*, 78 NY2d 255; *see also, Young v New York City Health & Hosps. Corp.*, 91 NY2d 291). (Appeal from Order of Supreme Court, Monroe

County, Fisher, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.